**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| POULSEN ROSER A/S, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| -vs- | ) |
|  | ) CASE NO.: 10-CV-1894 |
| JACKSON & PERKINS WHOLESALE, INC., | ) |
| JACKSON & PERKINS COMPANY, | ) Honorable Amy J. St. Eve |
| PARK SEED WHOLESALE, INC., | ) |
| GEO. W. PARK SEED CO., INC., | ) |
| J&P ACQUISITION INC., AND | ) |
| DONALD AND GLENDA HACHENBERGER, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## NOTICE OF MOTION

To:

| | |
|---|---|
| Colby A. Kingsbury | Stephen T. Bobo |
| James J. Saul | Denise M. Ware |
| BAKER & DANIELS LLP | REED SMITH LLP |
| 311 South Wacker Drive, Suite 4400 | 10 South Wacker Drive |
| Chicago, Illinois 60606 | Chicago, IL 60606 |
| | |
| Jackson & Perkins Company | Jackson & Perkins Wholesale, Inc. |
| The Corporation Trust Company | The Corporation Trust Company |
| Corporation Trust Center | Corporation Trust Center |
| 1209 Orange Street | 1209 Orange Street |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| | |
| Park Seed Wholesale, Inc. | J&P Acquisition Inc. |
| CT Corporation System | The Corporation Trust Company |
| 75 Beattie Place, 10th Floor | Corporation Trust Center |
| Greenville, South Carolina 29601 | 1209 Orange Street |
| | Wilmington, Delaware 19801 |
| | |
| Geo. W. Park Seed Co., Inc. | |
| CT Corporation System | |
| 75 Beattie Place, 10th Floor | |
| Greenville, South Carolina 29601 | |

**PLEASE TAKE NOTICE** that on June 3, 2010, at 8:30 a.m., or as soon thereafter as we may be heard, we shall appear before the Honorable Judge Amy J. St. Eve, Room 1241 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached *Defendant Glenda Hachenberger's Motion to Dismiss for Lack of Personal Jurisdiction*, a copy of which is hereby served upon you.

Respectfully submitted,

Dated: May 27, 2010    By:  s/Claudia W. Stangle

Charles A. Mottier (IL #6180345)
Claudia W. Stangle (IL #6244105)
Angela J. Baylin (IL #6289024)
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780
Telephone: 312-616-5600
Facsimile: 312-616-5700
E-mail: cmottier@leydig.com
cstangle@leydig.com
abaylin@leydig.com

Donald E. Christopher (FL #250831)
Christine M. Ho (FL #844853)
LITCHFORD & CHRISTOPHER
PROFESSIONAL ASSOCIATION
Bank of America Center
Suite 2200
Post Office Box 1549
Orlando, Florida 32802
Telephone: 407-422-6600
Facsimile: 407-422-0325
E-mail: dchristopher@litchris.com
cho@litchris.com

*Attorneys for Defendant*
*GLENDA HACHENBERGER*

2